*E-FILED - 11/20/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ORNELAS DIAZ, | No. C 06-6370 RMW (PR) |
| Petitioner, | JUDGMENT |
| vs. | |
| ROSEANNE CAMPBELL, Warden, | |
| Respondent. | |

The court has dismissed the instant petition as untimely pursuant to 28 U.S.C. § 2244(d). A judgment of dismissal with prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/17/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge